UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jose Gargenis VASQUEZ ROSA a/k/a
Eric CORCINO-MARTINEZ, a/k/a
Angel Jonas VEGA-LORENZO,

Defendant.

_____/

Case: 2:25-cr-20658
Assigned To : Hood, Denise Page
Referral Judge: Patti, Anthony P.
Assign. Date : 9/4/2025
Description: IND US V VASQUEZ ROSA (MRS)

Violations: 18 U.S.C. § 1542; 18
U.S.C. § 1001; 18 U.S.C. § 911

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

**18 U.S.C. § 1542 - False Statement in United States Passport Application**

On or about September 10, 2020, in the Eastern District of Michigan, the defendant, Jose Gargenis VASQUEZ ROSA a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his true

name was Eric Corcino Martinez, a United States citizen born in Puerto Rico in July 1981, which statement he knew to be false, in violation of Title 18, United States Code, Section 1542.

## COUNT TWO

### 18 U.S.C. § 1001 - False Statement or Representation Made to a Department or Agency of the United States

On or about September 10, 2020, Jose Gargenis VASQUEZ ROSA a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by identifying himself on a U.S. Passport Application submitted on his own behalf at the U.S. Post Office in Detroit, Michigan, as Eric CORCINO-MARTINEZ, a U.S. citizen from Puerto Rico, and providing a birth certificate from Puerto Rico in the name of Eric CORCINO-MARTINEZ and a State of Michigan Driver's License in the name of Eric CORCINO-MARTINEZ. The statement and representation was false because, as he then and there knew, his true name and identity was Jose Gargenis VASQUEZ ROSA, a native and citizen of Dominican Republic, in violation of Title 18, United States Code, Section 1001.

## COUNT THREE

### 18 U.S.C. § 911 - False Claim to be a Citizen of the United States

On or about September 10, 2020, in the Eastern District of Michigan, the defendant, Jose Gargenis VASQUEZ ROSA a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO, a citizen of Dominican Republic and, therefore, an alien in the United States, falsely and willfully represented himself to be a citizen of the United States on a passport application submitted on his own behalf, in violation of Title 18, United States Code, Section 911.

## COUNT FOUR

### 18 U.S.C. § 1542 - False Statement in United States Passport Application

On or about September 10, 2020, in the Eastern District of Michigan, the defendant, Jose Gargenis VASQUEZ ROSA a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for the use of his minor daughter, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated that his true name was Eric Corcino Martinez, a United States citizen born in Puerto Rico in July 1981, which statement he knew to be false, in violation of Title 18, United States Code, Section 1542.

## COUNT FIVE

**18 U.S.C. § 1001 - False Statement or Representation Made to a Department or Agency of the United States**

On or about September 10, 2020, Jose Gargenis VASQUEZ ROSA a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by identifying himself, on a U.S. Passport Application submitted at the U.S. Post Office in Detroit, Michigan on behalf of his minor daughter, as Eric CORCINO-MARTINEZ, a U.S. citizen from Puerto Rico, and providing a birth certificate from Puerto Rico in the name of Eric CORCINO-MARTINEZ and a State of Michigan Driver's License in the name of Eric CORCINO-MARTINEZ. The statement and representation was false because, as he then and there knew, his true name and identity was Jose Gargenis VASQUEZ ROSA, a native and citizen of Dominican Republic, in violation of Title 18, United States Code, Section 1001.

## COUNT SIX

**18 U.S.C. § 911 - False Claim to be a Citizen of the United States**

On or about September 10, 2020, in the Eastern  District of Michigan, the defendant, Jose Gargenis VASQUEZ ROSA a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO, a citizen of Dominican Republic and,

therefore, an alien in the United States, falsely and willfully represented himself to be a citizen of the United States on a passport application submitted on behalf of his minor daughter, in violation of Title 18, United States Code, Section 911.

## COUNT SEVEN

**18 U.S.C. § 1001 - False Statement or Representation Made to a Department or Agency of the United States**

On or about February 14, 2025, Jose Gargenis VASQUEZ ROSA a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by indicating on a U.S. Citizenship and Immigration Services Form 1-485, Application to Register Permanent Resident or Adjust Status as the spouse of a U.S. citizen, that (1) he was never denied a Visa to enter the United States; (2) that he had never been arrested; (3) that he had never committed a crime; and (4) that he never falsely claimed to be a United States citizen. The statement and representation were false because, as he then and there knew: (1) he was denied a Visa in February 2010; (2) he was arrested in September 2015 for Aggravated Unlicensed Operation and in September 2019 for Possession of a Firearm in a Vehicle; (3) he was convicted following the two arrests in September 2015 and 2019; and (4) he submitted a passport application in September 10, 2020,

claiming to be a United States citizen, in violation of Title 18, United States Code, Section 1001.

### **FORFEITURE ALLEGATIONS – (18 U.S.C. §982)**

1.     The allegations in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982.

2.     Upon conviction of the offenses charged in Counts One and Four of this Indictment, in violation of Title 18, United States Code, Section 1542, defendant shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to the offense, pursuant to Title 18, United States Code, Section 982.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/* Douglas C. Salzenstein
Douglas C. Salzenstein
Chief, Homeland Security Unit

*s/ Susan E. Fairchild*
Susan E. Fairchild
Assistant United States Attorney

Dated: 9/4/2025

Case: 2:25-cr-20658
Assigned To : Hood, Denise Page
Referral Judge: Patti, Anthony P.
Assign. Date : 9/4/2025
Description: IND US V VASQUEZ ROSA (MRS)

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover** | |

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials:** _(signature)_ |

**Case Title:** USA v.  Jose Gargenis VASQUEZ ROSA   a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO

**County where offense occurred :**  Wayne

**Check One:**    ☒ Felony        ☐ Misdemeanor        ☐ Petty

____Indictment/____Information --- **no** prior complaint.
__✓__Indictment/____Information --- based upon prior complaint [**Case number:** 25-mj-30479        ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 4, 2025
Date

_(signature)_
Susan.Fairchild@usdoj.gov
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9577
Fax:
E-Mail address: Susan.Fairchild@usdoj.gov
Attorney Bar #: P41908

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/16