United States District Court
Eastern District of Michigan
Southern Division

United States of America,

Case No. 25-cr-20658

Hon. Denise Page Hood

v.

Jose Gargenis VASQUEZ ROSA a/k/a
Eric CORCINO-MARTINEZ, a/k/a
Angel Jonas VEGA-LORENZO,

Violations:
18 U.S.C. § 1542, 18 U.S.C.
§ 1015(e) and 18 U.S.C. §
611(a)

Defendant.

_____/

## Superseding Information

The United States Attorney charges that:

## COUNT ONE

## 18 U.S.C. § 1542 - False Statement in United States Passport Application

On or about September 10, 2020, in the Eastern District of Michigan, the defendant, Jose Gargenis VASQUEZ ROSA a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such

laws, in that in such application the defendant stated that his true name was Eric Corcino Martinez, a United States citizen born in Puerto Rico in July 1981, which statement he knew to be false, in violation of Title 18, United States Code, Section 1542.

## COUNT TWO

### 18 U.S.C. § 1015(e) – False statement of U.S. citizenship with the intent to obtain a federal benefit or service

On or about September 10, 2020, in the Eastern District of Michigan, the defendant, Jose Gargenis VASQUEZ ROSA a/k/a Eric CORCINO-MARTINEZ, a/k/a Angel Jonas VEGA-LORENZO, a citizen of Dominican Republic and, therefore, an alien in the United States, knowingly made a false statement or claim that he is, or at any time had been, a citizen or national of the United States, with the intent to obtain on behalf of himself, or and any other person, any federal benefit or service, in violation of Title 18, United States Code, Section 1015(e).

## COUNT THREE

### 18 U.S.C. § 611 – Voting by Aliens

2

On or about October 22, 2020, Jose Gargenis VASQUEZ ROSA a/k/a Eric CORCINO-MARTINEZ, an alien who was unlawfully present in the United States, voted in an election held solely or in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the Senate, Member of the House of Representatives, Delegate from the District of Colombia, or Resident Commissioner, in violation of Title 18, United States Code, Section 611(a).

Jerome F. Gorgon Jr.
United States Attorney

*/s/ Douglas Salzenstein*
Douglas Salzenstein
Chief, Homeland Security Unit

*/s/ John K. Neal*
John K. Neal
Chief, White Collar Crime Unit

*/s/ Susan E. Fairchild*
Susan E. Fairchild
Timothy P. McDonald
Assistant United States Attorney

Dated: 1/7/2026

3

| United States District Court Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | **Judge Assigned:** |
| ☐ **Yes**    ☒ **No** | **AUSA's Initials:** *SF* |

aka: Eric Corcino-Martinez,
Angel Jonas Vega-Lorenzo

**Case Title:** USA v.  Jose Gargenis VASQUEZ ROSA

**County where offense occurred :**  Wayne

**Check One:**    ☒ **Felony**      ☒ **Misdemeanor**      ☐ **Petty**

_____Indictment/_____Information --- **no** prior complaint.
_____Indictment/_____Information --- based upon prior complaint [**Case number:**                    ]
_____Indictment/  ✓ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** 25-cr-20658      **Judge:**  Denise Page Hood

☐ Corrects errors; no additional charges or defendants.
☒ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| Jose Gargenis VASQUEZ ROSA, aka: Eric Corcino-Martinez, Angel Jonas Vega-Lorenzo | 18 USC 1542; 18 USC 1001, 18 USC 911 | 25-mj-30479 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 7, 2026
Date

*Susan E. Fairchild*
Susan E. Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: (313) 226-9577
Fax:
E-Mail address: Susan.Fairchild@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.