Hola Su Senoria, le escribo por que necesito que usted sepa la VERDAD. En el 2009 tome la decision de Venir a EE.UU por el motivo ③ que pensaba o me informaRon que estaba Castigado por vida de no entrar legal a este Pais lo cual era falso. Por eso tome la decision Cuando llegue aqui de ComPrar Documentos Para Poder trabaJar. Hay Comenzo mi Vida. me levantaba a la 4:00 am Para trabaJar de ayundante en un Gate truck 80 Y 100 Entregas En Bodegas en BRonx NY Por 70 us sin horas de Salida y solo era Cuando habia trabaJo. PERo QuiERo hablarle de mi esPoSa. En ese momento ni Pensaba en ConoCerla, Por esa razon no tiene CulPa de esto. Es una buena muJer Cuando la ConoCi Estaba Embarazada de SoPHiA trabaJaba de 7:00 AM Hasta 11:00 Pm Para Poder Pagar sus gasto Mensual. Su MaMa es Solda Muda y su abuela que la Criaba se Murio Cuando tenia 15 Años.

FILED
FEB 19 2026
CLERK'S OFFICE
DETROIT

RECEIVED
FEB 19 2026
DENISE PAGE HOOD
U.S. DISTRICT JUDGE

(Pag 1)  25-20658

imagine su SEÑORIA Ella tuvo que salir adelante se embarazo Joven, es responsable paga sus taxes, Cuida sus hijos y no usa vicios, Nunca le confese la VERDAD porque Cuando las relaciones terminan una RELacion la deprecion puede convertir tu EX MUJER En tu Enemiga. (SOPHIA) Su SEÑORIA Ella me salvo la vida, me mude de NY Para MI por que Perdi 2 Embarazos Con una EX novia que ME iba Cazar, Culpe y Eso Rompio MI RELaCion Cosi una DEPRESion que DuRe 3 MESES Sin Trabajo Hay tome la decision de Cambiar de Ciudad. Eso ME trajo a su tribunal Su SEÑORIA, Por no decir la VERdad Y Seguir Con mi vida Falsa, no ME Justifico Sabia Cuando Compre los Documentos que ERA Castigado PoR la lEY ASi que ASUMO MI ResponSabilidad.

(Por FAVOR No CambiE El DiA DE lA SENTENCiA)

THANK YOU

Case 2:25-cr-20658-DPH-APP   ECF No. 25, PageID.68   Filed 02/19/26   Page 3 of 3

JOSE VASQUEZ
105 FAST ICE DR
MIDLAND MI 48642
#915270

DENISE PAGE HOOD
U.S. DISTRICT JUDGE

METROPLEX MI 480
12 FEB 2026   AM 15 L

FEB 19 2026

The writer of this letter
is an inmate in the
Midland, MI 48642

FOREVER / USA

ARSHAL RECEIVED
MAR 05 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-278951

Please file
Case #
25-20658
US v Vasquez Rosa

JUDGE DENISE PAGE
231 W LAFAYETTE BLVD
DETROIT MI 48226