Casa #125-20658

Hola su Señoria el motivo que me dirijo a usted una VEZ mas, es por que el fiscal me iso firma un trato y ahora esta utilizando a la us oficial de Probatoria para que el informe no se le entregue a usted tengo 6 Semanas que la oficial me iso la Pregunta recesarias Para entregarle la informacion a usted. El trato era de 6 meses y ahora llevo 7 en Prision, siento que estan Violandos mis derechos y siento que mi abogado no me esta ayudando. Por favor ayudeme ya no estoy oi en sicologicamente, ni emocional. tambien tengo traumas. no soy un delicuente no me defendi en un Juisio Por que se los errores que cometi. Nunca tuve intencion de dañar este Pais.

FILED
APR 0 1 2026
CLERK'S OFFICE
DETROIT

RECEIVED
APR 0 1 2026
DENISE PAGE HOOD
U.S. DISTRICT JUDGE

GraCias Por favor AYudeme a ya no me defendi todo Mi Vida, Mi FAMiLiA El DERECHO A ViViR En ESTE PAiS no ME torturen MAS.

